```
BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-2456 KJM GGH |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $15,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $15,000 in U.S. Currency (hereafter "defendant currency") seized on or about November 13, 2009.

2. The United States filed a Verified Complaint for Forfeiture *In Rem* ("Complaint") on September 13, 2010, alleging that the defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On or about September 14, 2010, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on September 16, 2010.

4. Beginning on September 18, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration for Publication was filed on October 22, 2010.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a.   Pete O'Dell
    b.   Shelley Couch O'Dell
    c.   Christopher Minor
    d.   Stephen Barney

6. Claimants Pete O'Dell and Shelley Couch O'Dell filed a verified claim to the defendant currency and an answer to the Complaint on October 20, 2010 and filed an amended answer to the Complaint on November 9, 2010.  No other parties have filed claims or answers in this matter, and the time for filing such claims and answers has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Christopher Minor and Stephen Barney on February 15, 2011.  Pursuant to Local Rule 540, the United States and claimants thus join in a request that as part of this Final Judgment of Forfeiture the Court enter a default judgment against the interests, if any, of Christopher Minor and Stephen Barney without further notice.

///
///
///

1  Based on the above findings, and the files and records of the
2 Court, it is hereby ORDERED AND ADJUDGED:
3  1. The Court adopts the Stipulation for Final Judgment of
4 Forfeiture entered into by and between the parties to this action.
5  2. That judgment is hereby entered against claimants Pete
6 O'Dell and Shelley Couch O'Dell and all other potential claimants
7 who have not filed claims in this action.
8  3. Upon entry of this Final Judgment of Forfeiture, $10,000
9 of the defendant currency, together with any interest that may have
10 accrued on the $10,000, shall be forfeited to the United States
11 pursuant to 21 U.S.C. § 881(a)(6) to be disposed of according
12 to law.
13  4. Upon entry of this Final Judgment of Forfeiture, but no
14 later than 60 days thereafter, $5,000 of the defendant currency,
15 together with any interest that may have accrued on the $5,000,
16 shall be returned to claimants Pete O'Dell and Shelley Couch O'Dell
17 through their attorney Jennifer M. Granger via her client trust
18 account.
19  5. That the United States and its servants, agents, and
20 employees and all other public entities, their servants, agents,
21 and employees, are released from any and all liability arising out
22 of or in any way connected with the seizure, arrest, or forfeiture
23 of the defendant currency.  This is a full and final release
24 applying to all unknown and unanticipated injuries, and/or damages
25 arising out of said seizure, arrest, or forfeiture, as well as to
26 those now known or disclosed.  The parties waived the provisions of
27 California Civil Code § 1542.
28 ///

6. That, pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about September 13, 2010, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorneys' fees.

8. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed September 13, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

DATED:  April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE